# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br><br>SAMUEL MORGAN (Illinois Department of Corrections No. A81754),<br><br>Petitioner, | Case Number:<br><br>FILED: JUNE , 2008<br>08CV3378<br>JUDGE COAR<br>MAGISTRATE JUDGE BROWN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Petitioner, Samuel Morgan

| |
|---|
| NAME (Type or print)<br>J. Samuel Tenenbaum |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ J. Samuel Tenenbaum |
| FIRM<br>Bluhm Legal Clinic, Northwestern University School of Law |
| STREET ADDRESS<br>357 East Chicago Avenue |
| CITY/STATE/ZIP<br>Chicago, IL 60611 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>2808315 | TELEPHONE NUMBER<br>(312) 503-4808 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐