# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | DAVID H. COAR | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3378 | **DATE** | 6/23/2008 |
| **CASE TITLE** | U.S. ex rel. Samuel Morgan v. Terry McCann | | |

**DOCKET ENTRY TEXT:**

Respondent is ordered to answer or otherwise plead to the petition within twenty days of the date this order is entered on the Clerk's docket.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|