IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

| | | |
|---|---|---|
| United States of America ex rel. | ) | |
| SAMUEL MORGAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 08 C 3378 |
| | ) | |
| TERRY MCCANN, Warden, | ) | |
| Stateville Correctional Center, | ) | The Honorable |
| | ) | David H. Coar, |
| Respondent. | ) | Judge Presiding. |

_____

## MOTION FOR EXTENSION OF TIME

Respondent TERRY MCCANN hereby moves this Honorable Court for a thirty (30) day extension of time to answer or otherwise plead to the above-captioned petition for writ of habeas corpus, from July 14, 2008 to and including August 13, 2008.  An affidavit in support of this motion is attached hereto.

July 7, 2008                                             Respectfully submitted,

                                                        LISA MADIGAN
                                                        Attorney General of Illinois

                                        By:     /s/ Sheri Wong
                                                SHERI L. WONG, Bar # 6291090
                                                Assistant Attorney General
                                                100 West Randolph Street, 12th Floor
                                                Chicago, Illinois 60601-3218
                                                TELEPHONE:  (312) 814-3692
                                                FAX:  (312) 814-2253
                                                E-MAIL: swong@atg.state.il.us

State of Illinois    )
                     ) ss.
County of Cook       )

## AFFIDAVIT

SHERI WONG, being first duly sworn upon oath, deposes and states as follows:

1. I am the Assistant Illinois Attorney General assigned to represent the respondent in this matter.

2. Respondent's answer or other responsive pleading to the instant federal habeas corpus petition currently is due to be filed on or before July 14, 2008.

3. Despite due diligence, respondent will be unable to file his answer or other responsive pleading on or before July 14, 2008.

4. Petitioner filed his habeas corpus petition on June 11, 2008.

5. On June 23, 2008, this Court ordered respondent to answer the petition within 20 days.

6. I was assigned to this matter on June 30, 2008 and immediately ordered the state court materials required by Rule 5 of the Rules Governing Section 2254 Cases and necessary to the drafting of an informed response to the instant petition, but I have not yet received all of these materials. Additional time also is required for the review of the response by supervisory attorneys.

7. This is respondent's first request for an extension of time in this matter.

-1-

8.      This motion is not for purposes of delay, but is being made solely to ensure that respondent's interests are adequately protected.

9.      Respondent respectfully requests that this Honorable Court grant his thirty (30) day motion for an extension of time to and including August 13, 2008, within which to file his answer or otherwise plead to the instant petition for writ of habeas corpus.

FURTHER AFFIANT SAYETH NOT.

By:      /s/ Sheri Wong

SHERI L. WONG, Bar # 6291090
Assistant Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601-3218
TELEPHONE: (312) 814-3692
FAX: (312) 814-2253
E-MAIL: swong@atg.state.il.us

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2008, I presented the attached **Motion for Extension of Time** and **Affidavit** to the Clerk of the United States District Court for the Northern District of Illinois, using the CM/ECF system, and that on the same date, I mailed by United States Postal Service the same to petitioner's counsel:

| | |
|---|---|
| James A. Rolfes | Thomas F. Geraghty |
| Matthew J. O'Hara | J. Samuel Tenenbaum |
| Marina C. Santini | Bluhm Legal Clinic |
| Grant Y. Lee | Northwestern Universtiy School of Law |
| Reed Smith LLP | 357 East Chicago Avenue |
| 10 South Wacker Drive | Chicago, IL 60611 |
| Chicago, IL 60606 | |

LISA MADIGAN
Attorney General of Illinois

By:  s/ Sheri Wong
SHERI L. WONG, Bar #6291090
Assistant Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601-3218
TELEPHONE: (312) 814-3692
FAX: (312) 814-2253
EMAIL: swong@atg.state.il.us