UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| ex rel. SAMUEL MORGAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 08 C 3378 |
| TERRY MCCANN, Warden, | ) | |
| Stateville Correctional Center, | ) | |
| | ) | The Honorable |
| | ) | David H. Coar, |
| Respondent. | ) | Judge Presiding. |

_____

## NOTICE OF MOTION

To:  James A. Rolfes           Thomas F. Geraghty
     Matthew J. O'Hara         J. Samuel Tenenbaum
     Marina C. Santini         Bluhm Legal Clinic
     Grant Y. Lee              Northwestern Universtiy School of Law
     Reed Smith LLP            357 East Chicago Avenue
     10 South Wacker Drive     Chicago, IL 60611
     Chicago, IL 60606

On Monday, July 14, 2008, at 9:00a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable David Coar, or any judge sitting in his stead, in Courtroom 1419, Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois, and then and there present respondent's Motion for Extension of Time.

July 7, 2008							Respectfully submitted,

								LISA MADIGAN
								Attorney General of Illinois

					By:	/s/ Sheri Wong
								SHERI WONG, Bar # 6291090
								Assistant Attorney General
								100 W. Randolph Street, 12th Floor
								Chicago, IL 60601-3218
								PHONE: (312) 814-3692
								FAX: (312) 814-2253
								EMAIL: swong@atg.state.il.us

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2008, I presented the attached **Notice of Motion** to the Clerk of the United States District Court for the Northern District of Illinois, using the CM/ECF system, and that on the same date, I mailed by United States Postal Service the same to petitioner's counsel:

| | |
|---|---|
| James A. Rolfes | Thomas F. Geraghty |
| Matthew J. O'Hara | J. Samuel Tenenbaum |
| Marina C. Santini | Bluhm Legal Clinic |
| Grant Y. Lee | Northwestern Universtiy School of Law |
| Reed Smith LLP | 357 East Chicago Avenue |
| 10 South Wacker Drive | Chicago, IL 60611 |
| Chicago, IL 60606 | |

                                                                                             LISA MADIGAN
                                                                                             Attorney General of Illinois

By:    s/ Sheri Wong
           SHERI L. WONG, Bar #6291090
           Assistant Attorney General
           100 West Randolph Street, 12th Floor
           Chicago, Illinois 60601-3218
           TELEPHONE: (312) 814-3692
           FAX: (312) 814-2253
           EMAIL: swong@atg.state.il.us