# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | DAVID H. COAR | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3378 | **DATE** | July 16, 2008 |
| **CASE TITLE** | Samuel Morgan v. Terry McCann | | |

**DOCKET ENTRY TEXT:**

Petitioner's motion for leave to proceed *in forma pauperis* [10] is denied as moot because Petitioner paid the filing fee.
/s/David H. Coar
David H. Coar, U.S. District Judge

Docketing to mail notices.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|