IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

| | | |
|---|---|---|
| United States of America ex rel. | ) | |
| SAMUEL MORGAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 08 C 3378 |
| | ) | |
| TERRY MCCANN, | ) | |
| Warden, Stateville Correctional Center | ) | The Honorable |
| | ) | David H. Coar, |
| Respondent. | ) | Judge Presiding. |

_____

## SECOND MOTION FOR EXTENSION OF TIME

Respondent, TERRY MCCANN, respectfully moves this Honorable Court for an additional thirty (30) day extension of time to answer or otherwise plead to the above-captioned petition for writ of habeas corpus, from August 13, 2008 to and including September 12, 2008. An affidavit in support of this motion is attached hereto.

August 6, 2008                                              Respectfully submitted,

                                                            LISA MADIGAN
                                                            Attorney General of Illinois

                                               By:   /s/ Sheri Wong
                                                     SHERI L. WONG, Bar # 6291090
                                                     Assistant Attorney General
                                                     100 West Randolph Street, 12th Floor
                                                     Chicago, Illinois 60601-3218
                                                     TELEPHONE: (312) 814-3692
                                                     FAX: (312) 814-2253
                                                     E-MAIL: swong@atg.state.il.us

State of Illinois     )
                      ) ss.
County of Cook        )

## AFFIDAVIT

SHERI WONG, being first duly sworn upon oath, deposes and states as follows:

1. Respondent's answer or other responsive pleading to the instant federal habeas corpus petition currently is due to be filed on or before August 13, 2008.

2. This Court granted respondent's first motion for extension of time on July 8, 2008, extending the due date for the response from July 14, 2008, to and including August 13, 2008.

3. However, despite due diligence, affiant will be unable to file a response by August 13, 2008.

4. Affiant did not receive the state-court record, which must be reviewed by affiant in order to formulate an answer to the habeas petition, until July 17, 2008. Since then, affiant has diligently worked to review the 52-volume record and to research the issues and draft an answer to the petition, which raises approximately twelve discrete issues. Affiant believes, in good faith, that this second extension is necessary to allow affiant to finish drafting the answer and to then allow time for the answer to be reviewed by her office's two supervising attorneys, in accordance with office protocol, before filing.

5. In addition to working on this answer, affiant has also been busy with the following matters since filing of the first extension motion: preparing a brief in *People v. Judeh*, 1-07-0929 (Ill. App. 1st Dist.) (filed July 21, 2008); preparing an answer to a federal habeas complaint in *Fife v. Riker*, No. 08 C 2294 (filed on July 24, 2008); preparing a motion to dismiss a state habeas complaint in *Lurz v. Phillips*, 08 MR 10 (McClean County Cir. Ct.) (due to be filed on August 13, 2008); preparing a brief in *In re Detention of Kevin Stanbridge*, No. 4-08-0163 (Ill. App. 4th Dist.) (due to be filed on August 14, 2008).

6. The present motion for an additional extension of time is not intended for purposes of delay, but is being made solely to ensure that respondent's interests are adequately protected.

7. Respondent respectfully requests that this Honorable Court grant his motion for an additional thirty-day extension of time to and including September 12, 2008, within which to file his answer or otherwise plead to the instant petition for writ of habeas corpus.

FURTHER AFFIANT SAYETH NOT.

By: /s/ Sheri Wong

SHERI L. WONG, Bar # 6291090
Assistant Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601-3218
TELEPHONE: (312) 814-3692
FAX: (312) 814-2253
E-MAIL: swong@atg.state.il.us

2

## CERTIFICATE OF SERVICE

I certify that on August 6, 2008, I electronically filed respondent's **Motion for Extension of Time** and the accompanying **Notice of Motion** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, which will send notice to the following CM/ECF users:

| | |
|---|---|
| James A. Rolfes | Thomas F. Geraghty |
| Matthew J. O'Hara | J. Samuel Tenenbaum |
| Marina C. Santini | Bluhm Legal Clinic |
| Grant Y. Lee | Northwestern Universtiy School of Law |
| Reed Smith LLP | 357 East Chicago Avenue |
| 10 South Wacker Drive | Chicago, IL 60611 |
| Chicago, IL 60606 | |

LISA MADIGAN
Attorney General of Illinois

By:  /s/ Sheri L. Wong
Sheri L. Wong, Bar # 6291090
Assistant Attorney General
100 West Randolph Street, 12th Floor
Chicago, Illinois 60601-3218
TELEPHONE: (312) 814-3692
FAX: (312) 814-2253
EMAIL: swong@atg.state.il.us