UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| ex rel. SAMUEL MORGAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 08 C 3378 |
| TERRY MCCANN, Warden, | ) | |
| Stateville Correctional Center, | ) | |
| | ) | The Honorable |
| | ) | David H. Coar, |
| Respondent. | ) | Judge Presiding. |

_____

## NOTICE OF MOTION

To:   James A. Rolfes          Thomas F. Geraghty
      Matthew J. O'Hara        J. Samuel Tenenbaum
      Marina C. Santini        Bluhm Legal Clinic
      Grant Y. Lee             Northwestern Universtiy School of Law
      Reed Smith LLP           357 East Chicago Avenue
      10 South Wacker Drive    Chicago, IL 60611
      Chicago, IL 60606

On Tuesday, August 12, 2008, at 9:00a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable David Coar, or any judge sitting in his stead, in Courtroom 1419, Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois, and then and there present respondent's Second Motion for Extension of Time.

August 6, 2008                               Respectfully submitted,

                                                LISA MADIGAN
                                                Attorney General of Illinois

                        By:   /s/ Sheri Wong
                                                SHERI WONG, Bar # 6291090
                                                Assistant Attorney General
                                                100 W. Randolph Street, 12th Floor
                                                Chicago, IL 60601-3218
                                                PHONE: (312) 814-3692
                                                FAX: (312) 814-2253
                                                EMAIL: swong@atg.state.il.us