**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Samuel Morgan
                              Plaintiff,

v.                                                 Case No.: 1:08−cv−03378
                                                         Honorable David H. Coar

Terry McCann
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 6, 2008:

      MINUTE entry before the Honorable David H. Coar:Motion for extension of time extension of time to answer or otherwise plead to thepetition for writ of habeas corpus, from August 13, 2008 to andincluding September 12, 2008 [18] is granted.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.