UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| ex rel. SAMUEL MORGAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 08 C 3378 |
| TERRY MCCANN, Warden, | ) | |
| Stateville Correctional Center, | ) | |
| | ) | The Honorable |
| | ) | David H. Coar, |
| Respondent. | ) | Judge Presiding. |

_____

## NOTICE OF MOTION

To:  James A. Rolfes          Thomas F. Geraghty
     Matthew J. O'Hara        J. Samuel Tenenbaum
     Marina C. Santini        Bluhm Legal Clinic
     Grant Y. Lee             Northwestern Universtiy School of Law
     Reed Smith LLP           357 East Chicago Avenue
     10 South Wacker Drive    Chicago, IL 60611
     Chicago, IL 60606

On Thursday, September 4, 2008, at 9:00a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable David Coar, or any judge sitting in his stead, in Courtroom 1419, Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois, and then and there present respondent's Third Motion for Extension of Time.

|  |  |
|---|---|
| August 29, 2008 | Respectfully submitted, |
|  | LISA MADIGAN<br>Attorney General of Illinois |
| By: | /s/ Sheri Wong<br>SHERI WONG, Bar # 6291090<br>Assistant Attorney General<br>100 W. Randolph Street, 12th Floor<br>Chicago, IL 60601-3218<br>PHONE: (312) 814-3692<br>FAX: (312) 814-2253<br>EMAIL: swong@atg.state.il.us |